**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 05-1452

---

GUSSIE MINUS,

                                    Plaintiff - Appellant,

        versus

DAK AMERICAS,

                                    Defendant - Appellee.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Patrick Michael Duffy, District
Judge.  (CA-03-4029-2-23)

---

Submitted:  August 18, 2005          Decided:  August 23, 2005

---

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Gussie Minus, Appellant Pro Se.  Stacy Kaplan Wood, PARKER, POE,
ADAMS & BERNSTEIN, L.L.P., Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gussie Minus appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment in favor of DAK Americas in Minus' employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Minus v. DAK Americas, No. CA-03-4029-2-23 (D.S.C. Mar. 14, 2005). Minus' motions to expedite are denied as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED